**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-6131

DEMMERICK ERIC BROWN, a/k/a Denrick Eric Brown,

Plaintiff - Appellant,

v.

HAROLD W. CLARKE, Director; DAVID A. ROBINSON, Chief of Operations; GEORGE M. HINKLE; MARK AMONETT, Chief Physician; CHRISTOPHER J. GENSINGER, Central Classification Manager; D. CALL, Warden; W. JARRETT, Assistant Warden; S. J. COILBERSON, Unit Manager; A. JACKSON, Grievance Coordinator,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge.  (1:22-cv-01122-CMH-WEF)

Submitted:  July 19, 2023                                     Decided:  August 31, 2023

Before GREGORY and AGEE, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Denrick Eric Brown, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Demmerick E. Brown appeals the district court's order dismissing without prejudice his civil action for failure to comply with a court order. We have reviewed the record and find no reversible error. *See Attkisson v. Holder*, 925 F.3d 606, 625 (4th Cir. 2019) (discussing relevant factors); *Ballard v. Carlson*, 882 F.2d 93, 95-96 (4th Cir. 1989) (applying abuse-of-discretion standard). Accordingly, we affirm the court's dismissal order without prejudice to Brown having another opportunity to comply with the court's order.[*] *Brown v. Clarke*, No. 1:22-cv-01122-CMH-WEF (E.D. Va. Jan. 25, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] If Brown refiles this action in the district court, the action will not be dismissed if he fails to maintain 20% of the previous month's balance in his Inmate Trust Account because of payments toward pre-existing court fees.